Ct. Crim. App. Tex.;
C. A. 11th Cir.;
Sup. Ct. Nev.;
Sup. Ct. Ark.;
Sup. Ct. Cal.;
Ct. Crim. App. Tex.;
Ct. Common Pleas of Lexington County, S. C-;
Ct. Crim. App. Tex.;
Sup. Ct. Ga.;
Sup. Ct. Nev.;
Ct. App. Mo., Eastern Dist.;
Sup. Ct. Ala.;
Sup. Ct. Tenn.;
Ct. Crim. App. Tenn.;
Ct. Crim. App. Tex.;
Sup. Ct. Tenn.;
Sup. Ct. La.;
C. A. 11th Cir.;
Sup. Ct. Ariz.;
Sup. Ct. Neb.;
Sup. Ct. Mo.;
Ct. Crim. App. Tex.;
Ct. Crim. App. Tex.;
Sup. Ct. Ariz.;
*873 No. 86-7114.
No. 86-7129.
No. 87-5011.
No. 87-5025.
No. 87-5029.
No. 87-5033.
No. 87-5040.
No. 87-5042.
No. 87-5089.
No. 87-5098.
No. 87-5100.
No. 87-5117.
No. 87-5139.
No. 87-5152.
No. 87-5192.
No. 87-5203.
No. 87-5215.
No. 87-5258.
No. 87-5268.
Sup. Ct. Va.;
Sup. Ct. Ga.;
Sup. Ct. Fla.;
Sup. Ct. Ark.;
Sup. Ct. 111.;
Sup. Ct. Fla.;
Ct. Crim. App. Tenn.;
C. A. 11th Cir.;
Sup. Ct. Fla.;
Sup. Ct. Tenn.;
Ct. App. Mo., Eastern Dist.;
C. A. 5th Cir.;
Sup. Ct. 111.;
Sup. Ct. Pa.;
Super. Ct. Ga., Butts County;
Sup. Ct. Fla.;
Sup. Ct. Fla.;
Sup. Ct. 111.; and
Ct. Crim. App. Okla. Certiorari denied.